The Honorable Timothy Dore
Chapter 11
Hearing Location: Seattle
Hearing Date: **February 6, 2026**
Hearing Time: 9:30 a.m.
Response Date: **February 6, 2026**

## UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re:

KPSI Innovation, Inc.,

            Debtor.

No.  25-11068

**MOTION FOR ORDER ALLOWING WENOKUR RIORDAN PLLC AND FAYE C. RASCH TO WITHDRAW AS COUNSEL FOR THE DEBTOR**

Wenokur Riordan PLLC and Faye C. Rasch (collectively, "Debtor's Counsel") hereby applies for an order permitting Debtor's Counsel to withdrawal as counsel of record for Debtor KPSI Innovation, Inc. (the "Debtor") in the above-captioned Chapter 11 case.

### I. BACKGROUND

As of May 16, 2025, Debtor's Counsel has served as bankruptcy counsel to the Debtor in the above-captioned Chapter 11 case pursuant to order of this Court. *See Order Approving Application to Employ Attorney for Chapter 11 Debtor* [Dkt. No. 22].

### II. BASIS FOR WITHDRAWAL

Debtor's counsel has become concerned that the instant matter poses too high of a collection risk given the judgment creditor's assertion of an alleged administrative claim.

MOTION FOR ORDER ALLOWING WENOKUR RIORDAN PLLC AND FAYE
RASCH TO WITHDRAW AS COUNSEL FOR THE DEBTOR     Page 1 of 2

**WENOKUR RIORDAN PLLC**
ATTORNEYS AT LAW
600 STEWART STREET, SUITE 1300
SEATTLE, WASHINGTON 98101
206.682.6224 (WENOKUR)
206.903.0401 (RIORDAN)

This is especially true as the judgment creditor has indicated an intent to seek payment from funds Debtor's counsel is holding in trust.

### III. NO PREJUDICE TO THE ESTATE

Granting this Motion will not prejudice the Debtor or the estate. Allowing withdrawal at this juncture will provide the Debtor with an opportunity to retain replacement counsel in advance of critical upcoming deadlines, including the filing of a disclosure statement and plan.

Debtor's Counsel will cooperate in an orderly transition to successor counsel, including the turnover of files and information as appropriate. The current contact information for the Debtor is as follows:

KPSI Innovation, Inc.
Attn: Serina Klein
6200 119th Place SE
Bellevue, WA 98006
Phone: (206)355-1581
Email: serina@kpsico.com

### IV. CONCLUSION

For the foregoing reasons, Debtor's Counsel respectfully requests that the Court enter an order authorizing Wenokur Riordan PLLC and Faye C. Rasch to withdraw as counsel for the Debtor in this Chapter 11 case, together with such other and further relief as the Court deems just and proper.

DATED this 26th day of January 2026

**WENOKUR RIORDAN PLLC**

/s/ *Faye C. Rasch*
Faye C. Rasch, WSBA #50491
Attorney for Debtor KPSI Innovation, Inc.

MOTION FOR ORDER ALLOWING WENOKUR RIORDAN PLLC AND FAYE RASCH TO WITHDRAW AS COUNSEL FOR THE DEBTOR     Page 2 of 2

**WENOKUR RIORDAN PLLC**
ATTORNEYS AT LAW
600 STEWART STREET, SUITE 1300
SEATTLE, WASHINGTON 98101
206.682.6224 (WENOKUR)
206.903.0401 (RIORDAN)

Case 25-11068-TWD   Doc 91   Filed 01/26/26   Ent. 01/26/26 12:59:21   Pg. 2 of 2